6

AO 455 (Rev. 5/85) Waiver of Indictment

FILED
NOV - 8 2007
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

CASEY MICHAEL WIDMAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 07CR3034-L

I, CASEY MICHAEL WIDMAN, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/8/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Casey Widman 11-5-07
Defendant

Defense Counsel

Before [signature]
Judicial Officer